## **INDEX OF EXHIBITS**

| DESCRIPTION | EXHIBIT |
|---|---|
| Complaint, *Gavrilides Management Company LLC, et al.*, Case No. 20-258-CB, Circuit Court for the County of Ingham, State of Michigan | A |
| Complaint for Expedited Emergency Declaratory Relief, *Rose's 1, LLC d/b/a Rose's Luxury, et al. v. Erie Insurance Exchange*, Case No. 2020 CA 002424 B, Superior Court of the District of Columbia | B |
| Plaintiffs' Unopposed Second Amended Original Petition, *Diesel Barbershop, LLC, et al. v. State Farm Lloyd's*, Case No. 5:20-cv-00461, U.S. District Court, Western District of Texas | C |
| First Amended Complaint for Damages and Declaratory Relief, *10E, LLC v. Travelers Property Casualty Company of America, et al.*, Case No. 2:20-cv-04418, U.S. District Court, Central District of California | D |
| Decision and Order granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion to Remand, *10E, LLC v. Travelers Property Casualty Company of America, et al.*, Case No. 2:20-cv-04418, U.S. District Court, Central District of California | E |