KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

KEITH MOSKOWITZ
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
keith.moskowitz@dentons.com
(admitted *pro hac vice*)

ERIN E. BRADHAM
DENTONS US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (602) 508-3900
erin.bradham@dentons.com
(admitted *pro hac vice*)

*Attorneys for AIG Specialty Insurance Co.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Circus LV, LP.,

Plaintiff,

v.

AIG Specialty Insurance Company,

Defendant.

Case 2:20-cv-01240-JAD-NJK

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AIG SPECIALTY INS. CO.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**VOLUME 1**

Defendant AIG Specialty Insurance Co. ("AIG") submits its Appendix of Exhibits in Support of its Motion for Leave to file Supplemental Authority.

| **Exhibit Description** | **Exhibit No.** | **Bates No.** |
|---|---|---|
| *O'Brien Sales and Marketing Inc. v. Transportation Ins. Co.*, No. 3:20-cv-02951-MMC, ECF No. 40 (N.D. Cal. Oct. 9, 2020). | A | 001-036 |
| *Dab Dental PLLC v. Main Street America Protection Ins. Co.*, No. 2020CA005504 (Hillsborough Cnty. Ct., Fla. Nov. 10, 2020). | B | 037-046 |
| *Dino Palmieri Salons Inc. v. State Automobile Mut. Ins. Co.*, No. CV-20-932117 (Cuyahoga Cnty. Ct., Ohio Nov. 17, 2020). | C | 047-060 |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

| | | |
|---|---|---|
| *Mortar & Pestle Corp. v. Atain Specialty Ins. Co.*, No. 20-cv-03461-MMC, ECF No. 28 (N.D. Cal. Sept. 11, 2020). | D | 061-098 |
| *It's Nice, Inc., d/b/a Harold's Chicken Shack #83 v. State Farm Fire & Cas. Co.*, No. 20 L 547 (DuPage Cnty. Cir. Ct., Ill. Sept. 29, 2020). | E | 099-139 |
| *Mac Prop. Group, LLC & The Cake Boutique LLC v. Selective Fire and Casualty Ins. Co.*, No. L-2629-20 (Camden Cnty. Ct., N.J. Nov. 5, 2020). | F | 140-159 |
| *Brian Handel, D.M.D. PC v. Allstate Ins. Co.*, No. 2:20-cv-03198 (E.D. Pa. Nov. 6, 2020). | G | 160-161 |
| *Dime Fitness LLC v. Markel Ins. Co.*, No. 2020CA005467 (Hillsborough Cnty. Ct., Fla. Nov. 10, 2020). | H | 162-170 |
| *FAFB LLC (Salted Lime) v. Blackboard Ins. Co.*, No. MER-L-892-20 (Mercer Cnty. Ct., N.J. Oct. 30, 2020). | I | 171-180 |
| *Musso & Frank Grill Co., Inc. v. Mitsui Sumitomo Ins. USA Inc.*, No.20STCV16681 (Los Angeles Super. Ct. Nov. 9, 2020). | J | 181-188 |
| *Long Affair Carpet and Rug, Inc. dba Universal Carpet and LA Carpet v. Liberty Mutual, No. 8:20-cv-01713* (C.D. Cal. Nov. 12, 2020). | K | 189-196 |
| *North State Deli, LLC dba Lucky's Delicatessen, et al. v. The Cincinnati Ins. Co.*, et al., No. 20-CVS-02569 (Durham Cnty. Ct., N.C. Oct. 7, 2020). | L | 197-206 |
| *Hill and Stout PLLC v. Mutual of Enumclaw Ins. Co.*, No. 20-2-07925 (King Cnty. Ct., Wash. Nov. 13, 2020). | M | 207-213 |

DATED this 23rd day of November, 2020.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*

Kristen T. Gallagher (NSBN 9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

KEITH MOSKOWITZ
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
keith.moskowitz@dentons.com
(admitted *pro hac vice*)

ERIN E. BRADHAM
DENTONS US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (602) 508-3900
erin.bradham@dentons.com
(admitted *pro hac vice*)

*Attorneys for AIG Specialty Insurance Co.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on this 23rd day of November, 2020, I caused a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AIG SPECIALTY INS. CO.'S NOTICE OF SUPPLEMENTAL AUTHORITY** to be served via the U.S. District Court's Notice of Electronic Filing system ("NEF") in the above-captioned case, upon the following:

Renee M. Finch
Messner Reeves LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
rfinch@messner.com

Harry L. Manion, III
Michael S. Levine
Christopher Cunio
Rachel E. Hudgins
Kevin V. Small
Hunton Andrews Kurth LLP
hmanion@huntonak.com
ccunio@huntonak.com
mlevine@huntonak.com
ksmall@huntonak.com

*Attorneys for Plaintiff, Circus, LV, LP*

*/s/ Marianne Carter*
An employee of McDonald Carano LLP