**INDEX OF EXHIBITS**

| DESCRIPTION | EXHIBIT |
|---|---|
| *JGB Vegas Retail Lessee, LLC v. Starr Surplus Lines Insurance Co.*, No. A-20-816628-B (Nev. Dist. Ct. Nov. 30, 2020) | 1 |
| *Perry St. Brewing Co., LLC v. Mut. of Enumclaw Ins. Co.*, No. 20-2-02212-32 (Wash. Sup. Ct. Nov. 23, 2020) | 2 |
| *Dino Palmieri Salons, Inc. v. State Auto. Mut. Ins. Co.*, No. CV-20-932117 (Ohio Ct. Co. Pl. Nov. 17, 2020) | 3 |
| *Hill & Stout PLLC v. Mut. of Enumclaw Ins. Co.*, No. 20-2-07925-1 (Wash. Sup. Ct. Nov. 13, 2020) | 4 |
| *Independence Barbershop, LLC v. Twin City Fire Ins. Co.*, No. 1:20-cv-00555, 2020 WL 6572428 (W.D. Tex. Nov. 4, 2020) | 5 |
| *Taps & Bourbon on Terrace LLC v. Underwriters at Lloyd's London*, No. 200700375 (Pa. Ct. Com. Pl. Oct. 26, 2020) | 6 |
| *Chapparells Inc. v. Cincinnati Ins. Co.*, No. CV-2020-06-1704 (Ohio Ct. Com. Pl. Oct. 21, 2020) | 7 |
| *Lombardi's, Inc. v. Indem. Ins. Co. of N. Am.*, No. DC-20-05751 (Tex. State Ct. Oct. 15, 2020) | 8 |
| *North State Deli, LLC v. Cincinnati Ins. Co.*, No. 20-CVS-02569 (N.C. Sup. Ct. Oct. 7, 2020) | 9 |
| *Best Rest Motel Inc. v. Sequoia Ins. Co.*, No. 37-2020-00015679-CU-IC-CTL (Cal. Sup. Ct. Sep. 30, 2020) | 10 |
| *Francois Inc. v. Cincinnati Ins. Co.*, No. 20CV201416 (Ohio Ct. Com. Pl. Sep. 29, 2020) | 11 |
| *Urogynecology Specialist of Fla. LLC v Sentinel Ins. Co., Ltd.*, No. 6:20-cv-01174-ACC-EJK, 2020 WL 5939172 (M.D. Fla. Sep. 24, 2020) | 12 |
| *Johnston Jewelers Inc. v. Jewelers Mut. Ins. Co., S.I.*, No. 20-002221-CI (Fla. Cir. Ct. Sep. 22, 2020) | 13 |
| *Blue Springs Dental Care LLC v. Owners Ins. Co.*, No. 4:20-cv-00383-SRB, 2020 WL 5637963 (W.D. Mo. Sep. 21, 2020) | 14 |

| DESCRIPTION | EXHIBIT |
|---|---|
| *SSF II, Inc. v. Cincinnati Ins. Co.*, No. 20CV002644 (Ohio Ct. Com. Pl. Sep. 8, 2020) | 15 |
| *780 Short North LLC v. Cincinnati Ins. Co.*, No. 20CV003836 (Ohio Ct. Com. Pl. Sep. 8, 2020) | 15 |
| *Ridley Park Fitness LLC v. Philadelphia Ins. Cos.*, No. 200501093 (Pa. State Ct. Aug. 31, 2020) | 16 |
| *Optical Services USA/JC1 v Franklin Mut. Ins. Co.*, No. BER-L-3681-20 (N.J. Sup. Ct. Aug. 13, 2020) | 17 |
| *K.C. Hopps, Ltd. v. Cincinnati Ins. Co.*, No. 4:20-cv-00437, 2020 WL 6483108 (W.D. Mo. Aug. 12, 2020) | 18 |
| *Somco, LLC v. Lightning Rod Mut. Ins. Co.*, No. CV-20-931763, (Ohio Ct. Com. Pl. Aug. 12, 2020) | 19 |
| *Studio 417, Inc. v. The Cincinnati Ins. Co.* No. cv-03127-SRB, 2020 WL 4692385 (W.D. Mo. Aug. 12, 2020) | 20 |
| Chart – Covid-19 Business Interruption Cases Where Insurers Filed Answers | 21 |