KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

KEITH MOSKOWITZ
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
keith.moskowitz@dentons.com
(admitted *pro hac vice*)

ERIN E. BRADHAM
DENTONS US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (602) 508-3900
erin.bradham@dentons.com
(admitted *pro hac vice*)

*Attorneys for AIG Specialty Insurance Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Circus LV, LP.,<br><br>          Plaintiff,<br><br>v.<br><br>AIG Specialty Insurance Company,<br><br>          Defendant. | Case 2:20-cv-01240-JAD-NJK<br><br>**DEFENDANT AIG SPECIALTY INS. CO.'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Defendant AIG Specialty Insurance Co. ("AIG") respectfully requests leave to file a Second Notice of Supplemental Authority, attached as Exhibit 1, under Local Rule 7-2(g). AIG requests leave to inform the Court of numerous relevant decisions issued since AIG filed its first Notice of Supplemental Authority on November 23, 2020 [ECF No. 43]. AIG could not have previously cited those decisions in any of its filings because they had not yet been issued at the time of AIG's briefing on its Motion to Dismiss and last Notice of Supplemental Authority.

Good cause exists to grant the request. At least fifty decisions have been issued since AIG filed its first Notice of Supplemental Authority, including *Zwillo V, Corp. v. Lexington*

US_Active\116326678\V-2

*Insurance Co.*, No. 4:20-cv-00339-CV-RK, 2020 WL 7137110 (W.D. Mo. Dec. 2, 2020), *appeal filed*, No. 21-1015 (8th Cir. Jan. 5, 2021), which analyzes a nearly identical Pollution and Contamination Exclusion relevant in this case. That same case expressly rejected Judge Bough's reasoning in *Studio 417 Inc. et al. v. The Cincinnati Ins. Co.*, No. 20-cv-00437 (W.D. Mo. Aug. 12, 2020) - a case which features prominently in plaintiffs' opposition briefing -- concluding instead that the alleged presence of COVID-19 on insured property is not direct physical loss or damage.

In addition, other new decisions are particularly helpful authority because they address many of the same legal issues as AIG's Motion to Dismiss, including (1) whether government orders forcing a business to close trigger coverage under a property insurance policy requiring "direct physical loss," (2) whether virus exclusions are applicable to bar coverage; and (3) whether alleged presence of COVID-19 on property constitutes direct physical loss or damage. *See, e.g.*, *Hunt v. Washoe Cty. Sch. Dist.*, No. 318CV00501LRHWGC, 2019 WL 4262510, at *3 (D. Nev. Sept. 9, 2019) ("Good cause also exists when the supplemental authority is precedential or is an authority that is particularly persuasive or helpful.").

Accordingly, AIG respectfully requests that the Court grant its request to file the Second Notice of Supplemental Authority attached as **Exhibit 1**.

McDONALD CARANO LLP


By: *s/ Kristen T. Gallagher*
Kristen T. Gallagher (NSBN 9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

KEITH MOSKOWITZ
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
keith.moskowitz@dentons.com
(admitted *pro hac vice*)

ERIN E. BRADHAM
DENTONS US LLP
2398 East Camelback Road, Suite 850

2

Phoenix, Arizona 85016
Telephone: (602) 508-3900
erin.bradham@dentons.com
(admitted *pro hac vice*)

*Attorneys for AIG Specialty Insurance Co.*

US_Active\116326678\V-2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on this 8th day of January, 2021, I caused a true and correct copy of the foregoing **DEFENDANT AIG SPECIALTY INS. CO.'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** to be served via the U.S. District Court's Notice of Electronic Filing system ("NEF") in the above-captioned case, upon the following:

Renee M. Finch
Messner Reeves LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
rfinch@messner.com

Harry L. Manion, III
Michael S. Levine
Christopher Cunio
Rachel E. Hudgins
Kevin V. Small
Hunton Andrews Kurth LLP
hmanion@huntonak.com
ccunio@huntonak.com
mlevine@huntonak.com
ksmall@huntonak.com

*Attorneys for Plaintiff, Circus, LV, LP*

                                         */s/   Marianne Carter*
                                         An employee of McDonald Carano LLP