Renee M. Finch (NSBN 13118)
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Phone:  (702) 363-5100
Email:  *rfinch@messner.com*

Harry L. Manion, III (admitted *pro hac vice*)
Michael S. Levine (admitted *pro hac vice*)
Christopher Cunio (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Email:  *hmanion@huntonak.com*
Email:  *ccunio@huntonak.com*
Email:  *mlevine@huntonak.com*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CIRCUS CIRCUS LV, LP,

     *Plaintiff*,

v.

AIG Specialty Insurance Company,

     *Defendant*.

CASE NO.:  2:20-CV-01240-JAD-NJK

**NOTICE OF APPEAL**

     Plaintiff Circus Circus LV, LP hereby appeals to the United States Court of Appeals for the Ninth Circuit from the February 26, 2021, Order Granting Defendant's Motion to Dismiss, Denying its Motion for Leave to File Supplemental Authority, and Granting Plaintiff's Motion for Leave to Amend (ECF 72) insofar as it grants the motion to dismiss of AIG Specialty Insurance Co.

     In accordance with Local Rules 3-2 of the United States Court of Appeals for the Ninth Circuit, appended hereto as Exhibit 1 is Plaintiff's Representation Statement. Appended hereto as Exhibit 2 is a true and accurate copy of ECF 72.

1

2      Date:  March 2, 2021.                              Respectfully submitted,

3

4      CIRCUS CIRCUS LV, LP                               Michael S. Levine*
                                                          *mlevine@huntonak.com*
5      By and through its attorneys,                      Harry L. Manion III*
                                                          *hmanion@huntonak*.com
6      */s/ Renee M. Finch*                               Christopher J. Cunio*
       Renee M. Finch, Esq.                               *ccunio@huntonak.com*
7      Nevada State Bar 13118                             HUNTON ANDREWS KURTH LLP
       MESSNER REEVES LLP                                 2200 Pennsylvania Ave. NW
8      8945 W. Russell Road, Suite 300                    Washington, DC 20037
       Las Vegas, NV  89148                               Phone:  (202) 955-1500
9      Phone:  (702) 363-5100
       Email: *rfinch@messner.com*
10

11     **Attorneys for Plaintiff, Circus Circus LV, LP**
       *Admitted pro hac vice*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiff that on March 2, 2021, a true and correct copy **NOTICE OF APPEAL** was electronically filed with the Clerk of Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Renee M. Finch*
Renee M. Finch, Esq.
