**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Circus Circus LV, LP, | Case No.: 2:20-cv-01240-JAD-NJK |
| Plaintiff | |
| v. | **Order Dismissing Complaint with Prejudice and Directing Clerk of Court to Close Case** |
| AIG Specialty Insurance Company, | |
| Defendant | |

On February 26, 2021, I granted defendant AIG Specialty Insurance Company's motion to dismiss plaintiff Circus Circus LV, LP's complaint, directing the casino to file an amended complaint by March 12, 2020.[1]  Circus Circus has declined to do so and, instead, requested final judgment.[2]

IT IS THEREFORE ORDERED that Circus Circus's complaint is **DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 2, 2021

---

[1] ECF No. 71.
[2] ECF No. 73.