UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CIRCUS CIRCUS LV, LP, | No.   21-15367 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-01240-JAD-NJK |
| v. | District of Nevada, Las Vegas |
| AIG SPECIALTY INSURANCE COMPANY, | ORDER |
| Defendant-Appellee. | |

Proceedings in this appeal are stayed pending this court's decisions in 20-16858, *Mudpie, Inc. v. Travelers Casualty Ins*.; 20-17422, *Chattanooga Pro Baseball v. National Cas. Co*.; and/or 21-55123, *Selane Products, Inc. v. Continental Cas. Co*.; or further order of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jeffrey L. Fisher
Deputy Clerk
Ninth Circuit Rule 27-7